PEOPLE v. JEDLICKA. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Proceeding by the People of the State of New York against Emil Jedlicka. With this case has been consolidated in this court cases bearing titles as follows: People v. Giuseppe M. Gaspari; Same v. Chas. Nienhaber; Same v. Frank Frankenberg. No opinions. Motions to dismiss appeals granted. Orders filed.